IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Nunn, DuVall B | Case Number:  07 B 07724 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/2/07 | Filed:  4/27/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 26, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,860.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 1,860.00 |
| Totals: | 1,860.00 | 1,860.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 2. | Sterling Inc | Secured | 1,280.21 | 0.00 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 10,665.27 | 0.00 |
| 4. | Nissan Motor Acceptance Corporation | Secured | 1,380.71 | 0.00 |
| 5. | Fremont Investment & Loan | Secured | 14,000.00 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 159.25 | 0.00 |
| 7. | B-Real LLC | Unsecured | 334.43 | 0.00 |
| 8. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 51.29 | 0.00 |
| 9. | Wells Fargo Financial Illinois Inc | Unsecured | 0.00 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 188.04 | 0.00 |
| 11. | Capital One | Unsecured | 156.18 | 0.00 |
| 12. | CitiFinancial | Unsecured | | No Claim Filed |
| 13. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 14. | Collection Company Of America | Unsecured | | No Claim Filed |
| 15. | Professional Account Management | Unsecured | | No Claim Filed |
| 16. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 17. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 28,215.38 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Nunn, DuVall B

Printed:  10/2/07

Case Number:  07 B 07724
Judge:  Wedoff, Eugene R
Filed:  4/27/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_